UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RICHARD CLEMONS, #232413**

    Petitioner,

                                            Civil No: 06-11558
                                            Honorable Marianne O. Battani
                                            Magistrate Paul J. Komives

v.

**WARDEN THOMAS BIRKETT**,

    Respondent.
_____

## JUDGMENT

    The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus **[Doc. #1-1]**, and in accordance with the Opinion and Order summarily dismissing the Petition for Writ of Habeas Corpus entered on April 18th, 2006.

    IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus **[Doc. #1-1, filed March 31, 2006]** is **DISMISSED WITHOUT PREJUDICE.**

                                                                DAVID WEAVER
                                                                 CLERK OF THE COURT

                                                                 BY:  s/Bernadette Thebolt
                                                                        DEPUTY CLERK

APPROVED:

 s/Marianne O. Battani
HONORABLE MARIANNE O. BATTANI
UNITED STATES DISTRICT COURT

Dated:  April 18, 2006